

Littler Mendelson P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
mcapobianco@littler.com

April 7, 2022

**VIA ECF**

The Hon. Loretta A. Preska
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Thomas Ruchalski v. Skyline Windows, LLC*
     No. 1:21-cv-11004-LAP

Dear Judge Preska:

We represent Skyline Windows, LLC (the "Defendant") in this action. We write, jointly with Plaintiff, in response to the Mediation Referral Order dated February 28, 2022 (Dkt. No. 7), and to update the Court as to the status of the parties' anticipated mediation session.

The parties have been in recent discussions with the assigned mediator and anticipate selecting a mutually agreeable mediation date and location by April 22. For such reason, the parties request that the Court permit the parties two additional weeks from April 8 (the current due date), to provide the Court with details concerning the scheduling of the first mediation session.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ *Matthew R. Capobianco*

Matthew R. Capobianco

4877-7921-9739.1 / 102342-1007

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

4/8/22

littler.com