UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
THOMAS RUCHALSKI                   :      21-CV-11004 (LAP)
                                   :
            Plaintiff,             :
                                   :             Order
      v.                           :
                                   :
SKYLINE WINDOWS, LLC.,             :
                                   :
            Defendants.            :
-----------------------------------x

Loretta A. Preska, Senior United States District Judge:

    In light of the failure of the mediation, counsel shall confer and inform the Court by letter no later than August 9, 2022 of the status of the action, including proposed discovery dates.

SO ORDERED.

Dated:   New York, New York
         August 2, 2022

                                      *Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge