UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS RUCHALSKI,<br><br>           Plaintiff,<br><br>-against-<br><br>SKYLINE WINDOWS, LLC,<br><br>           Defendant. | No. 21 CV 11004 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for February 1, 2023 at 10:30 a.m. is adjourned to February 15, 2023 at 11:00 a.m.

**SO ORDERED.**

Dated:    January 25, 2023
           New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge