USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS RUCHALSKI,

                Plaintiff,

-v.-

SKYLINE WINDOWS, LLC,

                Defendant.

21 Civ. 11004 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    On **Monday, November 6, 2023** at **11:30 A.M.**, the parties shall appear for a video conference, via Microsoft Teams, to address, among other things, the parties' October 19 and 20, 2023 correspondence with the Court. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 364 735 095#.

    SO ORDERED.

Dated: November 2, 2023
        New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge