UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS RUCHALSKI,<br><br>                        Plaintiff,<br><br>                -v.-<br><br>SKYLINE WINDOWS, LLC,<br><br>                        Defendant. | 21 Civ. 11004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      In view of the points raised at the status conference on November 6, 2023, the Court hereby directs the Clerk of Court to stay this action for 90 days, until **Monday, February 5, 2024**.

      SO ORDERED.

Dated:  November 7, 2023
            New York, New York

                                                          *Jennifer H. Rearden*
                                                         JENNIFER H. REARDEN
                                                         United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2023
```